United States District Court
Southern District of Texas
**ENTERED**
October 18, 2022
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| ESTUARDO DE LOS REYES, <br> "Plaintiff," <br> <br> v. <br> <br> STATE FARM LLOYDS, <br> "Defendant." | § <br> § <br> § <br> §      Civil Action No. 1:22-cv-000071 <br> § <br> § <br> § |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court are these pleadings: Plaintiff's "Opposed Motion for Remand" ("MFR") (Dkt. No. 5), Defendant's "Response to Plaintiff's Motion to Remand" (Dkt. No. 9), and the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 14). The R&R recommends this Court deny Plaintiff's MFR. *See* Dkt. No. 14 at 7.

No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Plaintiff's MFR (Dkt. No. 5) is **DENIED**.

Signed on this 18th day of October, 2022.

Rolando Olvera
United States District Judge